

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax:   (973) 297-2010*

August 9, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   *Iraheta Aguilar v. Tsoukaris*, No. 26-10018
>       **Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody at 1:11 a.m. on August 8, 2026. We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ David Inkeles*
      DAVID INKELES
      Assistant United States Attorney
      Acting Deputy Chief, Civil Division
      *Attorneys for Respondents*

This matter shall be marked CLOSED.
SO ORDERED.

_____
Robert Kirsch, U.S.D.J.
DATE:   August 10, 2026